## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMONA BROOKS, | : |
| Plaintiff, | : CIVIL ACTION NO.: |
| | : |
| v. | : |
| | : CIVIL ACTION |
| JOHNSON AND JOHNSON, ET AL., | : |
| Defendant(s) | : **CERTIFICATION OF** |
| | : **JOSEPH D. LENTO, ESQUIRE** |

### APPLICATION /PETITION FOR ADMISSION PRO HAC VICE

Joseph D. Lento, of full age, hereby certifies as follows:

1.      I am the Managing Attorney for Lento Law Group, P.C. located at 3000 Atrium Way, Suite # 200, Mt. Laurel, NJ 08054. I am admitted to practice before the Courts of the State of New Jersey, New York, Pennsylvania and the United States District Court for the District of New Jersey. I am a member of good standing of those bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction. I am counsel of record, and will continue to be counsel of record for the Plaintiff, RAMONA BROOKS in the above-captioned matter.

2.      I submit this Certification in support of the application by Plaintiff, RAMONA BROOKS, for admission *pro hac vice* of Theida Salazar, Esq., to appear in this action as co-counsel for Plaintiffs.

3.      Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me.  Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4.      Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.

5.      On behalf of RAMONA BROOKS, I respectfully request that the Court grant the application to have Theida Salazar Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

          I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LENTO LAW GROUP, P.C.

By:_____
          Joseph D. Lento, Esquire

Dated:  March 30, 2021

UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMONA BROOKS, | : |
|     Plaintiff, | :    CIVIL ACTION  NO.: |
| | : |
| v. | : |
| | : |
| JOHNSON AND JOHNSON, ET AL. | :       CIVIL ACTION |
|     Defendant(s) | :    **CERTIFICATION OF** |
| | :    **THEIDA SALAZAR, ESQUIRE** |
| | : |
| | : |

JOSPEH D. LENTO, of full age, hereby certifies as follows:

    1.     I am an Associate of the law firm, LENTO LAW GROUP.  I submit this Certification in support of the application by Plaintiff RAMONA BROOKS, for admission *pro hac vice* of myself, THEIDA SALAZAR, ESQ., as co-counsel for Plaintiff.

    2.     I am a member in good standing of the following bars: (1) California (2014), (2) United States District Court for the Central District of California (2014), (3) United States District Court for the Southern District of California (2020), and (4) United States District Court of for the Northern District of California (2019);

    3.     The names and addresses of the officials or offices maintaining the roll of such members of the bars listed above are as follows:

**California State Bar**
180 Howard St.
San Francisco, CA 94105
(415) 538-2000

**Northern District of California**
450 Golden Gare Avenue, Box 36060
San Francisco, CA 94102
(415) 522-2000

**Central District of California**
Edward R Roybal Federal Building and U.S. Courthouse
255 East Temple Street
Los Angeles, CA 90012
(213) 894-1565

**Southern District of California**
Ronald Regan Federal Building and U.S. Courthouse
411 West 4th Street, Room 1053
Santa Ana, CA 92701
(714) 338-4750

4.     There are no disciplinary proceedings pending against me in any jurisdiction, nor has any

discipline previously been imposed against me within the past five years;

5.     Pursuant to Local Civil Rule 101.1, I understand that I am required to promptly advise

the Court of the disposition of any pending disciplinary charges, or the institution of new

disciplinary proceedings; and

6.     I understand that I shall be bound by the Local Rules, and within the disciplinary

jurisdiction of this Court throughout the period of admission *pro hac vice*.

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Theida Salazar, Esquire

Dated: 19MAR2021

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMONA BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON AND JOHNSON, ET AL,<br><br>    Defendant(s) | CIVIL ACTION NO.:<br><br><br>CIVIL ACTION<br><br>**ORDER OF ADMISSION OF THEIDA SALAZAR PRO HAC VICE** |

### ORDER FOR ADMISSION PRO HAC VICE

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*, and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, and D.N.J.L.Civ.R. 101.1, and good cause having been shown; it is

**ORDERED** that Theida Salazar, Esq., be permitted to appear *pro hac vice*; provided that pursuant to D.N.J.L.Civ.R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance

with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within 21 days of the date of the entry of this Order, and it is further

      **ORDERED** that the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within 21 days of entry of this Order.  Payment in the form of a check must be payable to "Clerk, USDC," and it is further;

      **ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

                                          _____

                                                                 U.S.D.J