AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-06878-FLW-LHG

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Johnson & Johnson Consumer Company Inc. c/o Corporation Trust Co. was received by me on *(date)* Apr 6, 2021, 12:39 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ebony Hill , who is designated by law to accept service of process on behalf of *(name of organization)* Johnson & Johnson Consumer Company Inc. c/o Corporation Trust Co. on *(date)* Wed, Apr 07 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/07/2021

*Server's signature*: Baron McCabe Villa

Sharon McCabe-Villa

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 7, 2021, 2:12 pm EDT at 820 Bear Tavern Rd, Ewing, NJ 08628 received by Ebony Hill. Age: 33; Ethnicity: African American; Gender: Female; Weight: 170; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Registered Agent/Managing Agent At RA Office ;