AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-06878-FLW-LHG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Imery's Talc America, Inc. c/o Corp. Trust</u> was received by me on *(date)* <u>Apr 12, 2021, 9:17 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Scott Kuntz</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Imery's Talc America, Inc. c/o Corp. Trust</u> on *(date)* <u>Wed, Apr 14 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/14/2021

*Server's signature:* Sharon McCabe-Villa

*Printed name and title:* Sharon McCabe-Villa

*Server's address:* PO Box 131, Lakewood, NJ 08701

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 14, 2021, 10:35 am EDT at 820 Bear Tavern Rd, Ewing, NJ 08628 received by Scott Kuntz . Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'7"; Hair: Brown; Eyes: Blue; Relationship: Registered Agent/Managing Agent At RA Office ;