SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
(713) 227-8008
*Attorneys for Defendants Johnson & Johnson and*
*Johnson & Johnson Consumer Inc., formerly known*
*as Johnson & Johnson Consumer Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMONA BROOKS, | Civil Case No. 3:21-cv-06878-FLW-LHG |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JOHNSON & JOHNSON, et al. | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

SHOOK, HARDY & BACON L.L.P.

Attorneys for Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc., formerly known as Johnson & Johnson Consumer Companies, Inc.

By:   /s/ *Scott A. James*
      Scott A. James

Dated: April 26, 2021

## **CERTIFICATION OF SERVICE**

  I hereby certify that on April 26, 2021, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ *Scott A. James*
                Scott A. James
                Shook, Hardy & Bacon L.L.P.
                600 Travis Street, Suite 3400
                Houston, Texas 77002-2926
                Phone: (713) 227-8008
                Fax: (713) 227-9508
                E-mail: sjames@shb.com